**Order entered March 31, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01412-CV

**WHOA USA, INC., Appellant**

**V.**

**REGAN PROPERTIES, LLC, Appellee**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-04211-2011**

## ORDER

We **GRANT** appellant's March 27, 2014 unopposed motion for an extension of time to file a reply brief.  Appellant shall file its reply brief on or before April 16, 2014.


/s/      ADA BROWN
         JUSTICE